UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADRIAN RUSSELL,
    Plaintiff,

v.                                            Case No.  8:21-cv-1558-KKM-AAS

KRISTIAN HARPER,
    Defendant.
_____

## ORDER

Plaintiff Adrian Russell files a paper titled "amend recommendation" (Doc. 14), which is construed as a motion for miscellaneous relief. A prior order (Doc. 10) dismisses this 42 U.S.C. § 1983 action with prejudice for failure to state a claim upon which relief may be granted. On June 10, 2022, a judgment (Doc. 11) was entered in favor of Defendant Kristian Harper, and this action was closed.

In his construed motion, Russell states the following:

> Im writing to inform you that, I had a case manager assign to the case for reason [illegible] which the case has been adjudged, so I needed information to contact a manager of such whom I can inform when in need of money on when I'm in danger of any action while Im incarcerated. So can I please have a number of such person, case manager personal contact info please as soon as possible.

Russell's request for relief is unclear, so the Court construes the filing as a request for information about the status of this action.

The construed motion for miscellaneous relief is **GRANTED** to the limited extent that the **CLERK** is directed to send Russell a copy of the docket sheet.

**DONE** and **ORDERED** in Tampa, Florida on December 27, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge